THIS OPINION HAS NO
 PRECEDENTIAL VALUE.  IT SHOULD NOT BE CITED OR RELIED ON AS PRECEDENT IN ANY
 PROCEEDING EXCEPT AS PROVIDED BY RULE 268(d)(2), SCACR.
THE STATE OF SOUTH CAROLINA
In The Court of Appeals

 
 
 
 The State, Respondent,
 
 
 

v.

 
 
 
 Robert Daniel
 Hedgepath, Appellant.
 
 
 

Appeal From Chester County
Brooks P. Goldsmith, Circuit Court Judge

Unpublished Opinion No.  2011-UP-316
 Submitted June 1, 2011  Filed June 21,
2011  

APPEAL DISMISSED

 
 
 
 Deputy Chief Appellate Defender Wanda H.
 Carter, of Columbia, for Appellant.
 Assistant Chief Legal Counsel J. Benjamin
 Aplin, of Columbia, for Respondent.
 
 
 

PER CURIAM:  Robert
 Daniel Hedgepath appeals the revocation of his probation, arguing the trial
 court erred in requiring electronic monitoring as a part of his sentence
 because it violated his Eighth Amendment right against cruel and unusual
 punishment.  After a thorough
 review of the record and all briefs, pursuant to Anders v. California,
 386 U.S. 738 (1967), and State v. Williams, 305 S.C. 116, 406 S.E.2d 357
 (1991), we dismiss the appeal and grant counsel's motion to be relieved.[1]
APPEAL DISMISSED.  
HUFF, WILLIAMS, and
 THOMAS, JJ., concur.

[1] We decide this case without oral argument pursuant to
 Rule 215, SCACR.